UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

USDC NO.: 1:10-cv-12004-RWZ

| | |
|---|---|
| JENNIFER TONNESON,<br>　　Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| CAMBRIDGE COLLEGE<br>and EILEEN BROWN,<br>　　Defendants | )<br>)<br>)<br>) |

## MOTION TO DISMISS

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, the Defendants, Cambridge College and Eileen Brown, hereby move to dismiss Counts I-VI, IX-X, and XII-XIV of the Plaintiff's Complaint against them, based on the Plaintiff's failure to state a claim upon which relief can be granted. A supporting Memorandum of Law is filed herewith.

For the reasons more fully set forth in the undersigneds' Memorandum of Law, the defendants request that their motion be granted.

Respectfully submitted,

CAMBRIDGE COLLEGE AND
EILEEN BROWN,

By their attorneys,

/s/ Robert B. Smith
Robert B. Smith, BBO No. 546580
Robert.Smith@leclairryan.com
Constance L. Martin, BBO No. 666233
Constance.Martin@leclairryan.com
LeClairRyan, A Professional Corporation
One International Place, 11th Floor
Boston, MA 02110
617-502-8200

Dated: February 1, 2011

## CERTIFICATE OF SERVICE

I, Robert B. Smith., hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system, or if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on this 26th day of January, 2011.

/s/ Robert B. Smith