

# LeClairRyan

October 7, 2011

**BY HAND**
The Honorable Rya W. Zobel
U.S. District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Re: **Jennifer Tonneson v. Cambridge College and Eileen Brown,
Civil Action 1:10-12004-RWZ, LR No. 16093.2000**

Your Honor:

I represent the defendants in this matter.

In conformity with your instructions issued at the September 13, 2011 conference, we respectfully report to the court as follows:

1. We received a settlement demand from plaintiff's counsel on September 30;

2. The case has not settled as the parties are quite far apart in their respective evaluations of the case;

3. Defendants are, however, willing to participate in court-assisted mediation; and

4. Plaintiff's counsel indicated his willingness to participate in mediation during the September 13 conference.

We await further instructions from the court.

Respectfully yours,

*[signature]*

ROBERT B. SMITH

6841366-1
E-mail: robert.smith@leclairryan.com
Direct Phone: 617.502.8244
Direct Fax: 617.502.8201

One International Place, Eleventh Floor
Boston, Massachusetts 02110
Phone: 617.502.8200 \ Fax: 617.502.8201

CALIFORNIA \ CONNECTICUT \ MASSACHUSETTS \ MICHIGAN \ NEW JERSEY \ NEW YORK \ PENNSYLVANIA \ VIRGINIA \ WASHINGTON, D.C.

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM

Honorable Rya Zobel
October 7, 2011
Page 2

cc:  John G. Gannon, Esq. (via electronic mail)
   Janet B. Pezzulich, Esq.