**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                Plaintiff(s)

                V.                                                              CIVIL ACTION

_____                                        NO. _____
                Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]   On _____ I held the following ADR proceeding:

      SCREENING CONFERENCE      EARLY NEUTRAL EVALUATION
      MEDIATION      SUMMARY BENCH / JURY TRIAL
      MINI-TRIAL      SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ____ /were not ____ present in person or by authorized corporate officer [except _____].

The case was:

[ ]   Settled. Your clerk should enter a _____ day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____
DATE

(ADRReportforpdf.wpd - 4/12/2000)