UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
**JENNIFER TONNESON,**                  )
    **Plaintiff,**    )
                                        )   **USDC No.: 1:10-CV-12004-RWZ**
  **v.**                       )
                                        )
**CAMBRIDGE COLLEGE, INC.**             )
**and EILEEN BROWN,**                   )
    **Defendants.**  )
_____)


## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties to the above-captioned action hereby agree and stipulate that all claims in the above-captioned action be dismissed, with prejudice, without costs, all parties waiving their rights to appeal, and each party to bear their own costs and attorney's fees.

                                              Respectfully submitted,

| Plaintiff, | Defendants |
|---|---|
| JENNIFER TONNESON | CAMBRIDGE COLLEGE, INC. and EILEEN BROWN |
| By her attorney, | By their attorney, |
| /s/ Andrew W. Pasquina | /s/ Robert B. Smith |
| Andrew W. Pasquina, Esq. BBO #390680 | Robert B. Smith, Esq. BBO # 546580 |
| *Pasquina & Thebaud* | *LeClairRyan, A Professional Corporation* |
| 183 State Street, Second Floor | One International Place, 11th Floor |
| Boston, MA  02109 | Boston, MA  02110 |
| Phone: (617) 723-3030 | Phone: (617) 502-8244 |
| Fax: (617) 723-8995 | Fax:    (617) 502-5744 |
| andrew@pasquinalaw.com | robert.smith@leclairryan.com |

7190673.1

## **CERTIFICATE OF SERVICE**

    I, Robert B. Smith, hereby certify that a true and accurate copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system or if not registered on the Court's CM/ECF system and electronically to:

        Andrew W. Pasquina, Esq.
        Pasquina & Thebaud
        183 Washington Street, 2nd Floor
        Boston, MA 02109

April 17, 2012                                                          */s/* Robert B. Smith
                                                                                     Robert B. Smith

7190673-1